**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1679**

MARY ANN SAADY,

Plaintiff - Appellant,

versus

GOOCHLAND COUNTY DEPARTMENT OF SOCIAL
SERVICES; COMMONWEALTH'S ATTORNEY'S OFFICE;
DEPARTMENT OF HEALTH PROFESSIONS; DEPARTMENT
OF ACCOUNTS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge.  (3:07-cv-00399-HEH)

Submitted:  November 20, 2007      Decided:  November 28, 2007

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mary Ann Saady, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Ann Saady appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and deny Saady's motions to file a tape, cd, or dvd. <u>Saady v. Goochland County Dep't of Social Servs.</u>, No. 3:07-cv-00399-HEH (E.D. Va. July 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>